# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 03-10157

D.C. Docket No. 3:00-CV-2770-N



U.S. COURT OF APPEALS
**FILED**
DEC 1 1 2003
CHARLES R. FULBRUGE III
CLERK

WESTERN OIL & GAS JV INC

    Plaintiff - Appellant

v.

JOHN L GRIFFITHS, JR, an Individual; ET AL

    Defendants

CASTLEROCK OIL COMPANY INC, a Texas Corporation; DAVID C TYRRELL, JR, also known as David C Tyrell, Jr, an Individual; TURTLE CREEK RESOURCES INC, a Louisiana Corporation; ASM EXPLORATION INC, a Louisiana Corporation

    Defendants - Appellees


Appeal from the United States District Court for the
Northern District of Texas, Dallas.

Before REAVLEY, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

## JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.


ISSUED AS MANDATE: JAN 7 2004

A True Copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana   JAN 7 2004

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 7, 2004

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Room 14A20
Dallas, TX 75242



       No. 03-10157  We Oil & Gas JV Inc v. Griffiths
           USDC No.   3:00-CV-2770-N

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 12 ) Volumes    (   ) Envelopes    (   ) Boxes

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                              Jerome Anderson, Deputy Clerk
                              504-310-7693

cc:  (letter only)
     Honorable David C Godbey
     Mr Robert Ruotolo
     Mr Sheldon B Swan
     Mr William Alan Wright
     Mr Lawrence S Fischman

MDT-1